**McCARTER & ENGLISH, LLP**
100 Mulberry Street
Four Gateway Center
Newark, New Jersey 07102
Attorneys for Defendant
Transamerica Life Insurance Company

| | |
|---|---|
| MARCO AGOSTINI,<br><br>      Plaintiff,<br><br>  v.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY, AEGON GROUP, DREYFUS CORP., MELLON ADVISORS, STEVE MILLNER, CHRISTOPHER CIERSKI, JOE DOE NUMBER 1 THROUGH 10, UNKNOWN DEFENDANTS, and BANK OF NEW YORK MELLON, a Holding Company,<br><br>      Defendants. | SUPERIOR COURT OF NEW JERSEY<br>CAMDEN COUNTY, LAW DIVISION<br><br>DOCKET NO. L-003397-09<br>CIVIL ACTION<br><br>**NOTICE OF FILING NOTICE OF REMOVAL OF A CIVIL ACTION TO THE UNITED STATES DISTRICT COURT** |

TO: Clerk, Superior Court of New Jersey
   Camden County
   101 South Fifth Street
   Camden, NJ 08103

SIR/MADAM:

PLEASE TAKE NOTICE that on August 25, 2009 defendant Transamerica Life Insurance Company ("Transamerica"), filed its Notice of Removal of Civil Action in the United States District Court for the District of New Jersey, Camden Division. A copy of the Notice of Removal is attached for filing with this Court.

ME1 8937424v.1

PLEASE TAKE FURTHER NOTICE that pursuant to 28 U.S.C. §1446, the filing of the Notice of Removal in the United States District Court, together with the filing of a copy of the Notice of Filing Notice of Removal with this Superior Court, effects the removal of this action, and this Superior Court may proceed no further unless and until the case is remanded.

**McCARTER & ENGLISH, LLP**
Attorneys for Defendant
Transamerica Life Insurance
Company

By: _____
Penelope M. Taylor
A Member of the Firm

Dated: August 25, 2009