# **EXHIBIT B**

**Marco M. Agostini, ESQ.**
**16 Silver Hill Lane**
**VOORHEES, NJ 08043**

CORP LAW DEPT
JUL 27 2009

tel. (856) 784-9790

July 20, 2009

**General Counsel, Legal Department**
**TRANSAMERICA**
4333 Edgewood Road NE
Cedar Rapids, IA 52499
Attn: Annuities Legal Department

Re: Marco Agostini v Dreyfus and Bank of New York Mellon
    Superior Court of New Jersey, Camden County
    Docket # L- 3397-09 **LAWSUIT**

Dear General Counsel:

Enclosed please find a copy of the Lawsuit filed on July 2, 2009 in the Superior Court of New Jersey, Camden County.
**The action arose out of an** Annuity Contract # 7867824 packaged by Dreyfus and the Bank of New York and issued by Transamerica.

Service of Process can be accepted by your office on behalf of your clients, Dreyfus and Bank of NY Mellon and affected through the New Jersey Department of Banking and Insurance for the other defendants as well.

Your portion of the claim could be settled for $99,000.00 without prejudice.
Written Interrogatories and Notice of Depositions should be forwarded to you soon.

I look forward to discuss the possibility of a settlement with you prior to incurring considerable time and expenses

Awaiting to hear from your office, I remain,

Sincerely,
Marco Agostini