
# McCARTER & ENGLISH
ATTORNEYS AT LAW

December 9, 2009

Penelope M. Taylor
T.    973.639.7947
F.    973 624 7070
ptaylor@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07102
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

**VIA OVERNIGHT MAIL**

Honorable Noel L. Hillman
United States District Court
District of New Jersey
Mitchell H. Cohen Courthouse
1 John F. Gerry Plaza
Camden, NJ  08102

Re:   <u>Marco Agostini v. Transamerica Life Insurance Co., et. al.</u>
      Civil No. 09-4365

Dear Judge Hillman:

We represent Transamerica Life Insurance Company ("Transamerica") in the above-referenced matter. We write regarding the December 4, 2009 request by the Dreyfus defendants that the Court adjourn the return dates for defendants' motions to dismiss to January 19, 2010.

To clarify any confusion that may exist among the parties, Transamerica joins in the Dreyfus defendants' request, and specifically requests that the Court adjourn the return date for the Motion to Dismiss filed by Transamerica to January 19, 2010. As such, any opposition to Transamerica's Motion to Dismiss would now be due by January 4, 2010, and any reply papers by January 11, 2010.

Thank you for your attention to this matter.

Respectfully,

Penelope M. Taylor

cc:   Marco Agostini, Esq. (via email)
      Lainie Cohen, Esq. (via email)

ME1 9378127v.1