LAZARE POTTER & GIACOVAS LLP
950 Third Avenue
New York, New York 10022
Telephone (212) 758-9300
Facsimile: (212) 888-0919
Attorneys for Defendants, Christopher Cierski,
Steve Millner, MBSC Securities Corp., Mellon
Advisors, and Bank of New York Mellon

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

-----------------------------------------------------------x

MARCO AGOSTINI

                Plaintiff,

Civil Action No. 09-4365 (NLH)

**STIPULATION
REGARDING
STATUS OF CASE**

TRANSAMERICA LIFE INSURANCE
COMPANY, *et al.*,

                Defendants.

-----------------------------------------------------------x

    **IT IS HEREBY STIPULATED AND AGREED** between Plaintiff, Marco Agostini, and Defendants, Bank of New York Mellon, Mellon Advisors, MBSC Securities Corp. (fka Dreyfus Service Corp., and improperly sued as Dreyfus Corp.), Christopher Cierski and Steven Millner ("the Dreyfus Defendants"), by and through their attorneys of record that all of Plaintiff's claims against the Dreyfus Defendants are resolved and settled in their entirety, and are hereby dismissed with prejudice.

    **IT IS FURTHER STIPULATED AND AGREED** between the parties that the only remaining claim in the above-captioned matter is the Counterclaim filed by Christopher Cierski only, against Plaintiff and the Financial Industry Regulatory Authority ("FINRA") seeking declaratory relief.

1

Dated: May __20__, 2010                    Dated: May __26__, 2010

By: __s/ Yale Glazer__                     By: __[signature]__
    Yale Glazer                              Marco Agostini
    Robert A. Giacovas                        16 Silver Hill Lane
    Lainie E. Cohen                           Voorhees, New Jersey 08043
    LAZARE POTTER & GIACOVAS LLP              856.784.9790
    950 Third Avenue                          *Pro Se*
    New York, NY 10022
    212.758.9300
    Attorneys for Defendants, Bank of New
    York Mellon, Mellon Advisors,
    MBSC Securities Corp., Christopher Cierski
    and Steven Millner


Dated:

~~SO ORDERED~~                             So Ordered this __4th__ day
                                           of __June__, 20__10__
                                           __[signature]__
~~JOEL SCHNEIDER~~                         Hon. Noel L. Hillman, USDJ
~~United States Magistrate Judge~~

## CERTIFICATE OF SERVICE

I certify that on May 28, 2010, a copy of the foregoing Stipulation regarding the status of this case were served by filing same through ECF and by first class mail on:

Marco Agostini
mmagostini@aol.com
16 Silver Hill Lane
Voorhees, New Jersey 08043

*Plaintiff Pro Se*

Lainie E. Cohen