UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARCO AGOSTINI, | |
| Plaintiff, | Civil Action No. 09-4365-NLH-JS |
| v. | **ORDER** |
| TRANSAMERICA, et al., | |
| Defendants. | |

**HILLMAN, District Judge**

   This matter having come before the Court on Defendant TransAmerica's Motion to Dismiss, and Defendants Bank of New York Mellon, Christopher Cierski, Dreyfus Corp., Mellon Advisors, and Steve Millner's (hereinafter "Bank Defendants") Motion to Dismiss; and

   It appearing that the parties entered into a Stipulation of Dismissal With Prejudice as to TransAmerica Life Insurance Company on February 24, 2010; and

   It further appearing that the parties entered into a Stipulation Regarding Status of Case, which provided for the dismissal with prejudice of all claims against Bank Defendants on June 4, 2010; and

   For good cause shown;

   IT IS on this  14th  day of  July , 2010, hereby

   **ORDERED** that Defendant TransAmericas' Motion to Dismiss [24] is **DENIED as moot**; and it is further

**ORDERED** that Bank Defendants' Motion to Dismiss per Rule 9(b) and 12(b)(6) [28] is **DENIED as moot;** and it is further

**ORDERED** that Bank Defendants' Motion to Dismiss for Lack of Jurisdiction [28] is **DENIED as moot.**

                                                s/ Noel L. Hillman
                                                HON. NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey